IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOEL M. FLAMM, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: CV614-54 |
| DOLGENCORP, LLC d/b/a DOLLAR GENERAL CORPORATION, | ) |
| Defendant. | ) |

## ORDER TO STAY DEADLINES

It appearing that Plaintiff and Defendant have jointly moved this Court for an Order to Stay Deadlines, and it further appearing that just cause has been shown for such order, and all parties consent to the motion: It is HEREBY ORDERED AND ADJUDGED that the Court stay the presently set deadlines for a period of thirty (30) days.

It is so ORDERED, this 10th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA