UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOEL M. FLAMM, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 6:14CV-54 |
| DOLGENCORP, LLC, d/b/a<br>DOLLAR GENERAL, | )<br>)<br>) |
| Defendant, | )<br>) |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this 23 day of March 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia